IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ASHLEY NEDRICK, | : |
| Plaintiff, | : |
| v. | Civil No. 22-5143 (RBK/EAP) |
| THE COUNTY OF SALEM *et al.*, | **ORDER** |
| Defendants. | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff Ashley Nedrick's Motion for Appeal of the Order and Opinion Denying Motion to Amend and Objection to the Report and Recommendation of Dismissal of Plaintiff's Complaint Without Prejudice ("Motion" or "Mot.") (ECF No. 54). For the reasons set forth in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 54) is **DENIED**; and

**IT IS HEREBY FURTHER ORDERED** that the Court **AFFIRMS** Judge Pascal's Order and Opinion, (ECF Nos. 49–50); and

**IT IS HEREBY FURTHER ORDERED** that the Court **APPROVES** and **ADOPTS** the Report & Recommendation, (ECF No. 52), in its entirety. Plaintiff's Amended Complaint (ECF No. 3) is **DISMISSED without prejudice** for failure to prosecute her claim, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is instructed to close the case.

Dated: May 14, 2024
/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge